**THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| NEWCO LIMITED<br>35 Barrack Road<br>Belize City, Belize, Central America<br><br>　　　　Plaintiff,<br><br>v.<br><br>THE GOVERNMENT OF BELIZE<br>Ministry of the Public Service,<br>Works and Transport<br>No. 1 Power Lane<br>Belmopan, Belize, Central America<br><br>　　　　Defendant. | Civil Action No. _____<br><br>UNDER SEAL |

**AFFIDAVIT OF CARL R. VERCOLLONE IN SUPPORT OF PLAINTIFF'S
COMPLAINT FOR CONFIRMATION AND ENFORCEMENT OF
UNCITRAL ARBITRATION AWARD**

I, Carl Vercollone, hereby declare:

1.　I am a Chairman of the Board of Directors of Plaintiff, NEWCO Limited ("Plaintiff" or "NEWCO"), a company duly incorporated on October 16, 2002 under the laws of Belize.

2.　On November 27, 2002, Plaintiff, the Government of Belize ("Defendant" or "GoB"), and Belize Airports Authority ("BAA") entered into a Concession Agreement (the "Concession Agreement"), which envisioned substantial improvement and expansion of the Philip S.W. Goldson International Airport in Belize (the "Airport") through

21537　　　　　　　　　　　　　　　1

significant capital investment and enhanced management and operational expertise to be provided by Plaintiff as the concessionaire. A true copy of the Concession Agreement is attached to this Affidavit as Attachment A.

3. The parties to the Concession Agreement agreed to arbitration of any controversies (except for those directly dealt with under the terms of the Concession Agreement) that could not be directly resolved between the parties in Miami, FL, USA pursuant to the UNCITRAL Arbitration Rules (1976), and further agreed that the decision of the arbitration tribunal shall be final and binding and could be enforced in any court "where the parties or their properties may be located." *See* Concession Agreement at Article XXIX (Arbitration).

4. Notwithstanding the significant progress by NEWCO following the execution of the Concession Agreement, the GoB informed NEWCO of the termination of the Concession Agreement on October 27, 2003 and NEWCO, in turn, informed the GoB and BAA that it intended to pursue its remedies by arbitration pursuant to the Concession Agreement.

5. On 28 February 2005, NEWCO delivered a notice of arbitration requesting that its dispute with the GoB be referred to arbitration under Article XXIX of the Concession Agreement.

6. The arbitration tribunal ("Tribunal") was duly appointed with Plaintiff and Defendant each naming one arbitrator with the third chosen by the party-appointed arbitrators.

7. The GoB and NEWCO, through their respective attorneys, participated in a case management meeting and procedural hearing, which took place in Miami, FL on 28 March 2006.

8. The witness hearings were held in Miami, FL on 7 and 8 January 2008 with both Plaintiff and Defendant presenting witnesses and documentary evidence.

9. Following the witness hearings, Plaintiff and Defendant submitted post-hearing briefs to the Tribunal on 29 February 2008.

10. On 23 June 2008, the Tribunal issued its unanimous final award ("Award"), a duly authenticated copy of which is attached as Exhibit A to Plaintiff's Complaint for Confirmation and Enforcement of UNCITRAL Arbitration Award.

11. On 9 July 2008, the Tribunal's Administrative Secretary communicated by electronic mail to Plaintiff and Defendant the financial summary of the costs of arbitration as of 30 June 2008, which is attached hereto as Attachment B, evidencing the Plaintiff's share of the Tribunal's costs in the amount of U.S.$160,753.82.

12. NEWCO's counsel has communicated numerous requests for payment of the Award to Mr. Gandhi, counsel to the Government of Belize, and to Prime Minister Barrow, and indicated that NEWCO will be forced to begin legal enforcement of the Award. No payment from the Government of Belize has been provided.

13. Plaintiff, therefore, commences this proceeding to confirm the Award, as provided in Plaintiff's Complaint for Confirmation and Enforcement of UNCITRAL Arbitration Award.

Affidavit – Carl R. Vercollone
NEWCO Limited v. The Government of Belize

I declare under penalty of perjury that the foregoing is true and correct.

Executed in Waltham, Massachusetts on this 14th day of November 2008.

*[signature]*

**CARL R. VERCOLLONE**
Chairman of the Board of Directors
NEWCO LIMITED

## ATTACHMENTS:

Attachment A – Copy of the Concession Agreement

Attachment B – Copy of the Electronic Letter from the Tribunal's Administrative Secretary dated 9 July 2008 re. Financial Summary of the Costs of Arbitration and Copy of Facsimile Transmission from LCIA dated 3 September 2008 re. Return of the Balance of Deposits to the Parties