**From:** Alexandre Vagenheim [mailto:alexandre.vagenheim@googlemail.com]
**Sent:** Wednesday, July 09, 2008 11:18
**To:** Robert Patterson; Elson Kaseke; agministrybze@yahoo.com; ffonseca@moes.gov.bz; mandb@btl.net
**Cc:** Martin Hunter; Prof. Albert Fiadjoe; Sandrine Santos-Bocco; Kessler, Judd L.; Alexandre Vagenheim
**Subject:** LCIA ref: 5726F Newco Ltd v The GoB/BAA - Para 194 Award

Dear colleagues,

Pursuant to paragraph 194 of the award, find attached the last financial summary of this case.
Accordingly, the amount due by GoB to NEWCO for the deposits made in relation to the cost of the Tribunal is US$ 168,000.00.

The remaining US$ 14,492.35 will be equally shared and returned to the parties by the LCIA in due course.

Sincerely yours,

Alexandre Vagenheim
Administrative secretary to the Tribunal

**Arbitration:**
**Newco Limited v The Government of Belize and The Belize Airports Authority**
**(LCIA REF: 5726F)**

**FINANCIAL SUMMARY as at 30 June 2008**

|  | US$ | US$ | US$ |
|---|---|---|---|
| **FUNDS RECEIVED** | | | |
| From Claimant: | | | |
| 22-Dec-05 Deposit | | 25,000.00 | |
| 20-Jun-06 Deposit | | 68,000.00 | |
| 22-Feb-08 Deposit | | 35,000.00 | |
| 06-Jun-08 Deposit | | 40,000.00 | 168,000.00 |
| From Respondent: | | | |
| 23-Dec-05 Deposit | | 25,000.00 | |
| 09-Jun-06 Deposit | | 68,000.00 | |
| 20-Mar-08 Deposit | | 35,000.00 | |
| 09-Jun-08 Deposit | | 40,000.00 | 168,000.00 |
| Bank Interest Credited | | | 1160.53 |
| | | | 337,160.53 |
| **TOTAL FUNDS RECEIVED & CREDITED** | | | |
| **Less COSTS OF ARBITRATION TO DATE:** | | | |
| Tribunal's Fees | | | |
| Prof. Martin Hunter - to 16 June 08 | 101,360.00 | | |
| Mr Judd Kessler - to 17 June08 | 114,323.58 | | |
| Prof. Albert Fiadjoe - to 18 June08 | 63,040.00 | 278,723.58 | |
| Tribunal's Expenses | | | |
| Prof. Martin Hunter - to 16 June 08 | 19,258.14 | | |
| Mr Judd Kessler - to 17 June08 | 6,263.07 | | |
| Prof. Albert Fiadjoe - to 18 June08 | 6,353.21 | 31,874.42 | |
| Tribunal's Secretary Fees | | | |
| Alexandre Vagenheim | | 6,256.00 | |
| LCIA accrued costs: (GBP2,891.67 @ 1.99) | | 5,754.42 | |
| Bank Charges | | 59.76 | |
| **TOTAL COSTS OF ARBITRATION** | | | 322,668.18 |
| **BALANCE OF FUNDS AVAILABLE** | | US$ | 14,492.35 |

**FACSIMILE**     (No.LH 8856)

**To:**
Mr Robert W. Patterson
(fax: 001 847 482 0173)
(email: rpatterson@rwpatterson.com)

Edwin Flowers, SC
(fax: 00 501 223 1149)
(email: mandb@btl.net)

**Cc:**
Mr Judd L. Kessler
Porter, Wright, Morris & Arthur
(fax: +1 202 778 3063)
(email: jkessler@porterwright.com)

Professor Albert Fiadjoe
(fax:+1 246 424 0109)
(email: afiadjoe@caribsurf.com)

Professor J. Martin Hunter
Essex Court Chambers
(fax:020 7813 8080)
(email: mhunter@essexcourt.net)

**From:**  Sandrine Santos-Bocco – Assistant to the Accountant

**Date:**  3 September 2008     **Pages:**  1

**LCIA**
Arbitration and ADR worldwide

The London Court of International Arbitration
70 Fleet Street, London EC4Y 1EU

Telephone: +44 (0)20 7936 7007
Facsimile: +44 (0)20 7936 7008
Email: casework@lcia.org
Web: www.lcia.org

Important: This fax is for the named addressee(s) only. It contains information which may be confidential and/or privileged. If you are not a named addressee, you may not use it or disclose its contents to anyone else. If you have received this fax in error, or if you have any queries about it, please notify us immediately by fax or telephone on the numbers shown at the head of this page.

Dear Sirs

**LCIA Ref: 5726F**
**Newco Limited v The Government of Belize and The Belize Airports Authority**

The following payments were made today by Swift bank transfer, being the return of the surplus funds in this matter:

| Amount | Payee | Account No. |
|---|---|---|
| USD 7,246.18 (Return of surplus funds US$7,246.18) | Newco | 15433234 |
| USD 7,246.18 (Return of surplus funds US$7,246.18) | Central Bank of Belize | 02108327 |

Please may I have confirmation of safe receipt of the bank transfers in due course?

Yours sincerely

Sandrine Santos-Bocco
Assistant to the Accountant

President
Jan Paulsson

Hon Vice Presidents
Professor Dr Jur Karl-Heinz Böckstiegel
L Yves Fortier CC OQ QC
Professor Dr Gerold Herrmann

Director General
Adrian Winstanley

Registrar and Deputy Director General
James Clanchy

The London Court of International Arbitration
A company limited by guarantee
Registered in England no 2047447
Registered office as above

TOTAL P.001