**FILED**
**NOV 21 2008**
Clerk, U.S. District and
Bankruptcy Courts

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NEWCO LIMITED )<br>35 Barrack Road )<br>Belize City, Belize, Central America )<br> )<br>Plaintiff, )<br> )<br> )<br>v. ) Civil Action No. 08 2010<br> )<br> )<br>THE GOVERNMENT OF BELIZE )<br>Ministry of the Public Service, )<br>Works and Transport )<br>No. 1 Power Lane )<br>Belmopan, Belize, Central America )<br> )<br>Defendant. ) | |

**PLAINTIFF'S MOTION TO FILE ~~COMPLAINT~~ _TO COMPLAINT_ EXHIBIT A (ARBITRATION AWARD) UNDER SEAL; ORDER**

Having considered Plaintiff's Motion to File Exhibit A (Arbitration Award) to Complaint under Seal, and good cause appearing:

**IT IS HEREBY ORDERED** that Exhibit A (Arbitration Award) to Complaint may be filed under seal pursuant to LCvR 5.1(j).

Date: 11/21/08

FOR THE COURT:

/s/ _Roger C. Lamberth_
Name: _Chief Judge_
United States District Judge

**PERSONS TO BE SERVED WITH PROPOSED ORDER**

THE GOVERNMENT OF BELIZE
c/o Minister of Foreign Affairs
Ministry of Foreign Affairs
New Administration Building
P.O. Box 174, Belmopan City
Cayo District, Belize, Central America