UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
APR 2 4 2017
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

| | |
|---|---|
| **NEWCO LIMITED**      ) <br> ) <br> Plaintiff,      ) <br> ) <br> v.      ) <br> ) <br> **THE GOVERNMENT OF BELIZE**      ) <br> ) <br> Defendant.      ) | Case No. 1:08-CV-02010-RJL |

## STIPULATED PROTECTIVE ORDER

Defendant The Government of Belize ("Belize") having determined that certain documents and information to be produced by it in connection with the enforcement of the judgment in the above-captioned proceeding (the "Proceeding"), including highly sensitive information and documents concerning, *inter alia*, bank accounts held by and loans extended to Belize, should be kept confidential, it is hereby ORDERED that:

1. This Protective Order (the "Order") shall govern the disclosure and/or production of information, documents and tangible things by Belize to Plaintiff and Judgment Creditor Newco Limited ("Newco") in connection with post-judgment discovery sought by Newco, including but not limited to Newco's First Set of Interrogatories and Newco's First Request for Production of Documents, dated February 16, 2017.

2. All information, documents and tangible things produced by Belize pursuant to Newco's post-judgment discovery requests and designated as "confidential" (the "Protected Material") shall be maintained in strict confidence by Newco; shall be used solely in connection with this Proceeding and any related proceedings to enforce the judgment in this Proceeding or the arbitration award underlying the judgment in this Proceeding, subject to any further order of this Court regarding confidentiality; and shall not be disclosed to, or used by, any individual or

entity except as permitted by this Order. For Protected Materials in the form of documents and tangible things, these restrictions shall apply to the documents and tangible things themselves as well as any information contained therein.

3. Protected Material may be disclosed only to the following persons, except upon the prior written consent of Belize or further order of this Court:

    (a) Outside attorneys for the parties, and their partners, associates, paralegals, secretaries and employees, as well as any administrative staff retained by such counsel, such as outside copying, graphic, or design services, or computer services;

    (b) The parties or their officers, directors, shareholders, employees, attorneys, financial advisors, accountants and agents to the extent necessary for the enforcement of the judgment in this Proceeding or the arbitration award underlying the judgment in this Proceeding;

    (c) Consultants and independent experts provided that Paragraph 7 is complied with;

    (d) Deponents noticed by the parties, if the deponent is an author or recipient of the Protected Material, previously was granted access to or had knowledge of the Protected Material (as demonstrated by the Protected Material itself or by testimony), or is referred to in Protected Material;

    (e) The Court and its clerks and any other court or judicial entity involved in the enforcement of the judgment in this Proceeding or the arbitration award underlying the judgment in this Proceeding, and all officers and employees thereof, and deposition and trial court reporters and translators; and

    (f) Any persons or entities to whom papers in connection with the enforcement of the judgment in this Proceeding or the arbitration award underlying the judgment in this Proceeding are served or issued.

4. If Protected Material is to be filed with this Court in connection with any proceeding in this Proceeding, it shall be filed in a sealed envelope marked with the caption of

the case and the following legend, or its equivalent:

**CONTAINS CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER TO BE OPENED ONLY BY OR AS DIRECTED BY THE COURT**

5. Should any Protected Material be disclosed by Newco to any person not authorized to have access to such information under this Order, Newco shall: (a) use its best efforts to obtain the prompt return of any such information and to bind such person to the terms of this Order; (b) within five (5) business days of the discovery of such disclosure, inform such person of the provisions of this Order; and (c) request such person to sign an undertaking in the form of Exhibit A attached hereto. If Newco cannot obtain the return of such information and a signed undertaking in the form of Exhibit A attached hereto, Newco shall then identify such person to Belize. The requirements set forth in this Paragraph shall not prevent Belize from applying to the Court for further or additional relief.

6. If Belize inadvertently or mistakenly produces information, documents or tangible items in this Proceeding that should have been withheld subject to a claim of attorney-client privilege, work product immunity or for any other reason, such production shall presumptively not prejudice such claim or otherwise constitute a waiver of any claim of attorney-client privilege or work-product immunity for such information, provided that Belize promptly makes a good-faith representation that such production was inadvertent or mistaken and takes prompt remedial action to withdraw the disclosure. Within five (5) business days of receiving a written request to do so from Belize, Newco shall return to Belize, or destroy and certify such destruction in writing, any documents or tangible items that Belize represents were inadvertently or mistakenly produced. Newco shall also destroy all copies or summaries of, or notes relating to, any such inadvertently or mistakenly produced information; provided, however, that this

Order shall not preclude Newco from making a motion to compel production of the returned information.

7.   If Newco desires to disclose the Protected Material to any independent expert or consultant pursuant to Paragraph 3(c) above, the expert or consultant must execute an Agreement To Be Bound By Protective Order in the form attached hereto as Exhibit A and Newco must maintain this executed Agreement.

8.   This Order shall not prevent any party from applying to the Court for further or additional protective orders or prevent Newco from challenging the confidentiality of any document or information.

This Order shall survive the termination of this Proceeding.

**IT IS SO ORDERED.**

This 21st day of April, 2017

_____
Honorable Richard J. Leon
United States District Judge

We hereby consent to the entry of the foregoing Order:

Dated: April 4, 2017

Respectfully submitted,

/s/ Creighton R. Magid
Creighton R. Magid (D.C. Bar No. 476961)
DORSEY & WHITNEY LLP
1801 K Street NW, Suite 750
Washington, DC  20006
Telephone:  (202) 442-3555
Fax:  (202) 442-3199
magid.chip@dorsey.com

Juan C. Basombrio
Dorsey & Whitney LLP
600 Anton Boulevard, Suite 2000
Costa Mesa, CA  92626
Telephone:  (714) 800-1400
basombrio.juan@dorsey.com

Mark S. Sullivan (admitted *pro hac vice*)
Dorsey & Whitney LLP
51 West 52nd Street
New York, NY 10019
Telephone: (212) 415-9245
sullivan.mark@dorsey.com

Attorneys for Defendant
The Government of Belize

BAKER BOTTS LLP

/s/ Ryan Bull
Jay L. Alexander (DC Bar No. 412905)
Ryan Bull (DC Bar No. 481743)
Vernon Cassin (DC Bar No. 998743)
Noah Mink (DC Bar No. 1015225)

Geraldine R. S. Mataka (DC Bar No. 470409)
1150 Connecticut Avenue, N.W.
Suite 350
Washington, D.C. 20036
Telephone: (202) 349-5016
gmataka@robertwraypllc.com

The Warner
1299 Pennsylvania Avenue, N.W.
Washington, D.C.  20004-2400
Telephone:  (202) 639-7986
ryan.bull@bakerbotts.com

Attorneys for Plaintiff Newco Limited

## EXHIBIT A

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NEWCO LIMITED )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>THE GOVERNMENT OF BELIZE )<br>)<br>Defendant. ) | Case No. 1:08-CV-02010-RJL |

### AGREEMENT TO BE BOUND BY PROTECTIVE ORDER

I, _____, hereby declare that:

I have read and understand the provisions of the Protective Order entered in this case, and I will comply with the provisions of this Protective Order. I consent to be subject to the jurisdiction of this Court for enforcement of this Protective Order.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: _____

_____